DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel: 631.287.5520
Fax: 631.283.4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    **Plaintiff,**

- against -

SKY HARVEST WINDPOWER CORP,
GREGORY SCOTT YANKE and
WILLIAM INY,

    **Defendants.**

Cv 11-5832 (SJF) (ETB)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as against GREGORY SCOTT YANKE and WILLIAM INY. It continues as to SKY HARVEST WINDPOWER CORP. Issue has not been joined.

Dated: Southampton, New York
       February 16, 2013

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

S O  O R D E R E D :

_____
Sandra J. Feuerstein, U.S.D.J.
Central Islip, New York
February     , 2013

1