DAVID LOPEZ, ESQ., DL – 6779
Attorney for Plaintiff
171 Edge of Woods Road, PO Box 323
Southampton, New York 11969-0323
Tel:         631.287.5520
Fax:        631.283.4735
E-Mail:    DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

**DEBORAH DONOGHUE,**

    **Plaintiff,**

-against-                       CV 11-5832 (SJF)(ETB)

**SKY HARVEST WINDPOWER CORP.,
ET AL.,**

    **Defendants.**
_____/

NOTICE IS HEREBY GIVEN that this action is dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Issue has not been joined.

Dated:  Southampton, New York
       April 9, 2013

                                                             Yours, etc.

                                                             _____
                                                             David Lopez, Esq. (DL-6779)

S.O ORDERED:


_____
Sandra J. Feuerstein, U.S.D.J.
Central Islip, New York
April        , 2013