DAVID LOPEZ, ESQ., DL – 6779
Attorney for Plaintiff
171 Edge of Woods Road, PO Box 323
Southampton, New York 11969-0323
Tel:        631.287.5520
Fax:        631.283.4735
E-Mail:

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★  APR 1 0 2013  ★

**LONG ISLAND OFFICE**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**DEBORAH DONOGHUE,**

       **Plaintiff,**

    -against-

                               **CV 11-5832 (SJF)(ETB)**

**SKY HARVEST WINDPOWER CORP.,
ET AL.,**

       **Defendants.**

                       /

      **NOTICE IS HEREBY GIVEN** that this action is dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Issue has not been joined.

Dated: Southampton, New York
       April 9, 2013

                      Yours, etc.



                      David López, Esq. (DL-6779)

S O  O R D E R E D .

/s/ Sandra J Feuerstein

Sandra J. Feuerstein, U.S.D.J.
Central Islip, New York
April 10 , 2013